UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BANCINSURE, INC. n/k/a ) | |
| RED ROCK INSURANCE COMPANY, ) | |
| ) | Case No. 4:13CV00052 |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| RIVER BANCORP, INC. and ) | |
| RIVER COMMUNITY BANK, N.A., ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STATUS REPORT

Comes now the parties, by and through undersigned counsel, and pursuant to this Court's Order dated August 5, 2014 [Doc. 51] provide the following status report.

1. On August 21, 2014, the District Court of Oklahoma County, Oklahoma (Case No. CJ-2014-4353) entered an Order Placing Insurer Into Receivership and Liquidation, Appointing Receiver, and for Permanent Injunction by (the "Receivership Order").

2. The Receivership Order states, *inter alia*:

   All proceedings, litigation or claims in which Red Rock, its policyholders, its insureds or a property and casualty guaranty association triggered by Red Rock liquidation is a party and shall be stayed 120 days from the date of this Order to permit proper legal action by the Receiver and the respective guaranty associations on any matters germane to its powers and duties. As to judgment under any decision, order, verdict or other finding based on default, the Receiver or guaranty association impacted may apply to have such judgment set aside by the same court that made such judgment and shall be permitted to defend against such suit on the merits. This injunction shall be afforded full faith and credit by sister states. U.S. Const. art IV, §1.

3. The receivership proceeding remains ongoing, and to date counsel for the Plaintiff has not received any instructions from the receiver to continue prosecuting this case. Therefore,

1007679.1

the parties respectfully request that this cause remain stayed for an additional 120 days. The parties will provide this Court with another status report on or before December 2, 2015.

Respectfully Submitted,

/s/ Mark D. Loftis (by permission)
Mark D. Loftis, Esq.
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, VA 24011
loftis@woodsrogers.com


/s/ Jeffrey S. Price
Jeffrey S. Price      Tennessee 19950
Fred C. Statum III    Tennessee 14495
Justin D. Wear        Tennessee 23954
Manier & Herod
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
JPrice@manierherod.com
FStatum@manierherod.com
JWear@manierherod.com

*and*

Mark D. Kidd
Compton M. Biddle
Osterhoudt, Prillaman, Natt, Helscher, Yost,
Maxwell & Ferguson, PLC
3140 Chaparral Dr, Suite 200c
Roanoke, VA 24018
mkidd@opnlaw.com
cbiddle@opnlaw.com

928070                              2

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and accurate copy of the foregoing was served via the Court's CM/ECF system to the following on this 10th day of August, 2015.

 Mark D. Loftis, Esq.
 Woods Rogers PLC
 10 South Jefferson Street, Suite 1400
 Roanoke, VA  24011

              /s/ Jeffrey S. Price
              _____